IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 98-10064-006 |
| | ) |
| BARRY DOWELL, | ) |
| Defendant. | ) |

## AGREEMENT ON RESTITUTION PAYMENT

**I, BARRY DOWELL, agree to the entry of an Order to pay $100.00** a month and 25% of federal tax refunds each year until the judgment in this case has been paid which judgment has a present balance of $437,512.72 as of June 2, 2006. If I am (15) days late, the United States may commence garnishment proceedings. If I complete this agreement, the United States will give me a Satisfaction of Judgment. I also agree to provide financial information annually and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus. I understand I can pay the full balance at any time.

**Payments are to begin September 15, 2006, and continue on 15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice. This agreement does not affect the Probation payment schedule currently in effect.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

DATE: 7/26/06

DATE: 7/26/06          Approved:

DATE: 8/14/06

s/ Barry L. Dowell
BARRY DOWELL, Defendant

s/ Mike Martens
Michael T. Martens, U.S. Probation Officer

s/ Elizabeth L. Collins
Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.