UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.    98-10064 |
| ) | |
| **ED DIAS, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO DISPOSE OF SEIZED PROPERTY

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and requests an order allowing Mercer County Sheriff's Department to destroy or dispose of the following seized property in any manner it deems appropriate.

1. Ithaca 20 GA pump shotgun #542704-4

2. H & R 410 GA shotgun #At207416

3. Plastic dish with green leafy substance

4. Large knife with sheath

5. 3 vials with pills

6. Bag with white grain material

7. Cannabis roach

8. 1 100 dollar bill, US Currency

9. VCR tape of crime scene

10. Bag with tobacco leaves

11. Glass picture

12. Pills, pipe with residue

13. 4 Blue books of collector coins and bills, US Currency

14. Jana 6x32 scope

15. Audio tape of case complaint

16. Bag with white powder substance

17. Box of spent .357 shell casings

18. 2 knives with antler handles and leather sheaths

19. Dagger with leather sheath

20. Jennings .22LR pistol and mag. #5740789

21. Assorted pocket knives

22. Assorted ammunition, 9MM, .223, .357, 30.06

23. Manilla envelopes

24. Box of diskettes

25. Grim Reapers Pottery, Gold Ring

26. HD Oil Can with Hidden Jar

27. Address book

28. Miscellaneous paperwork

29. Shoulder Holster for .38

30. Grim Reapers Belt Buckle, watch bands

31. Assorted currency, coins and gambling chips

This cause has been concluded as to all defendants and further retention of the seized

property is not necessary.

          Respectfully submitted,

          UNITED STATES OF AMERICA

          RODGER A. HEATON
          UNITED STATES ATTORNEY

          s/:  K. Tate Chambers
          K. Tate Chambers
          Assistant United States Attorney
          One Technology Plaza - Suite 400
          211 Fulton Street
          Peoria, Illinois 61602
          Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Bembenek
Attorney at Law
416 Main St., Suite 529
Peoria, IL 61602

James Clements
Attorney at Law
1503 Brady Street
Davenport, L 52803

David Couri
Attorney at Law
414 Hamilton, Suite 100
Peoria, IL 61602

Maribeth Dura
Attorney at Law
4516 N. Sterling
Peoria, IL 61615

William Holman
Attorney at Law
124 NE Madison Ave.
Peoria, IL 61602

Kim Kelley
Attorney at Law
1800 First Financial Plaza
Peoria, IL 61602

Harold M. Jennings
Attorney at Law
PO Box 3335
Bloomington, IL 61702

William Kelly
Attorney at Law
4801 N. Prospect Road
Peoria, IL 61616

John Noll
Attorney at Law
802 S. Second St.
Springfield, IL 62704

John Leuck
Attorney at Law
408 Court
Pekin IL 61554

John Lonergan
Attorney at Law
124 NE Madison
Peoria, IL 61602

Gary Morris
Attorney at Law
411 Hamilton Blvd., Suite 1512
Peoria, IL 61602

Rodney Nordstrom
Attorney at Law
201 W. McClure Ave.
Peoria, IL 61604

Daniel O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602

Jerry Serritella
Attorney at Law
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602

Lee Smith
Attorney at Law
456 Fulton St., Suite 298
Peoria, IL 61602

Michael Spivack
Attorney at Law
915 S. Second St.
Springfield, IL 62704

Kevin Sullivan

Attorney at Law
110 SW Jefferson, Suite 530
Peoria, IL 61602

Michael Wassell
Attorney at Law
400 16th St.
Rock Island, IL 61201

                                       s/: Kim Ritthaler
                                       KIM RITTHALER
                                       Legal Secretary

1:98-cr-10064-JBM-JAG    # 701    Page 6 of 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.    98-10064 |
| | ) | |
| **ED DIAS, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

On the motion of the government, it is hereby ordered that the seized property is to be destroyed or disposed of by Mercer County Sheriff's Department in any manner it deems appropriate.

Entered this _____ day of _____, 2006.

_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE